Submitted on record and briefs October 30, reversed and remanded
November 27, 1991

## LARRY E. KIRKLAND,
*Appellant,*

*v.*

## Carl ZENON,
*Respondent.*

(90-C-12086; CA A68098)

820 P2d 1375

Stephen J. Bedor, Deputy Public Defender, Salem, filed the brief for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Michael M. Pacheco, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Joseph, Chief Judge, and Deits, Judge.

PER CURIAM

## PER CURIAM

In this *habeas corpus* action, defendant concedes that plaintiff's denial of the key factual allegations in defendant's return created a material factual dispute and that the replication alleged facts which, if true, constitute a denial of plaintiff's constitutional rights for which there is no other available adequate remedy. The trial court, therefore, erred in granting defendant's motion to strike and in entering final judgment for defendant. We accept the concessions.

Reversed and remanded.